NOT FOR PUBLICATION (Doc. Nos. 26, 32)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| HUSCHEL B. STORY, | |
| Plaintiff, | Civil No. 11-5340 (RBK/JS) |
| v. | **ORDER** |
| OFFICER M. BRAXTON and OFFICER FRANK TIMEX, | |
| Defendants. | |

**THIS MATTER** having come before the Court upon the motions of Huschel B. Story ("Plaintiff") for leave to file an amended complaint (Doc. No. 26), and for relief from a final order pursuant to Federal Rule of Civil Procedure 60(b) (Doc. No. 32), and the Court having considered the moving papers and responses thereto, and for the reasons express in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to file an amended complaint is **DENIED**.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff's motion for relief under Rule 60(b) is **DENIED**.

Dated: 2/19/2014

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge